IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| River Ranch Fresh Foods, LLC, | NO. C 10-02238 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Pride of San Juan, Inc., et al., | |
| Defendants. | |

Pursuant to the Court's September 24, 2010 Order Granting Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff River Ranch Fresh Foods, LLC against Defendants Pride of San Juan Inc. and Stephen F. Wyrick.

Judgment is entered in the amount of $63,460.45, which consists of $54,998.87 for contract damages, $3613.58 for pre-judgment interest, $4,848 in fees and costs, and post-judgment interest.

The Clerk shall close this file.

Dated: September 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lawrence Henry Meuers lmeuers@meuerslawfirm.com

**Dated: September 24, 2010**                          **Richard W. Wieking, Clerk**

                                                                              **By:      /s/ JW Chambers
                                                                                   Elizabeth Garcia
                                                                                   Courtroom Deputy**